UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                              CASE NO. 06-01547-SEK
   STEPHEN ANGEL LOPEZ SANTIAGO
   CARMEN MILAGROS CRUZ RIOS                        CHAPTER 13

Debtor(s)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **Wed, July 5, 2006**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $ 0

3. With respect to the attached payment plan:

[X] ORIGINAL PLAN DATE: **Wed, May 17, 2006**        [ ] AMENDED PLAN DATE:

**PLAN BASE: $38,400.00**

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 8/15/06

[X] FAVORABLE                                        [ ] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC SEC 1325(a)(6)

2. [ ] INSUFFICIENT FUNDED SEC 1325(b)

3. [ ] UNFAIR DISCRIMINATION SEC 1322(b)

4. [ ] FAILS LIQUIDATION VALUE TEST SEC 1325(a)(4)

5. [ ] FAILS DISPOSABLE INCOME TEST SEC 1325(b)

6. [ ] NO PROVISION FOR A SECURED CREDITOR

7. [ ] COMMENTS

NOTICE: This report anticipates... made available at this office for any interested party.

Atty Fee: $3,000.00/$201.00/$2,799.00

Atty: ROBERTO FIGUEROA CARRASQUILL*

ALEJANDRO OLIVERAS RIVERA, TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL. 787-977-3500 FAX. 787-977-3521