IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 06-01547 SEK |
| STEPHEN A. LOPEZ SANTIAGO<br>CARMEN M.  CRUZ RIOS | * | CHAPTER 13 |
| | * | |
| DEBTOR (S) | | |

## INFORMATIVE MOTION
## RE: CHANGE OF POSTAL ADDRESS

TO THE HONORABLE COURT:

COME NOW, STEPHEN A. LOPEZ SANTIAGO and  CARMEN M. CRUZ RIOS, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors have changed their postal address as follows:

> Apartado 79
> Cayey, Puerto Rico 00737

**WHEREFORE**, debtors respectfully request from this Honorable Court take notice of the aforegoing and Order the Clerk's office to amend and correct the aforementioned information.

**HEREBY CERTIFY** that on this same date a copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Chapter 13 Trustee; and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant:

debtors, Stephen A. Lopez Santiago and Carmen M. Cruz Rios; and to all creditors

appearing in the amended master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 25 day of May, 2011.


<u>/s/Roberto Figueroa Carrasquillo</u>
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONERS
USDC #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX 787-746-5294
EMAIL: <u>rfigueroa@prtc.net</u>

LOPEZ SANTIAGO, STEPHEN ANGEL
APARTADO 79
CAYEY, PR 00737

ISLAND FINANCE PR INC
BANKRUPTCY DIVISION
PO BOX 195369
SAN JUAN, PR 00919-5369

WALONICK CONSULTIN CO
PO BOX 347
SAVAGE, MN 55378

CRUZ RIOS, CARMEN MILAGROS
APARTADO 79
CAYEY, PR 00737

JOSE A. CRUZ
BO. RINCON SECTOR BERRIOS CARR. 171
CIDRA, PR 00736

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

LCDA BRENDA QUINONES BAYRON
PO BOX 674
CIDRA, PR 00739-0674

AFNI
PO BOX 3427
BLOOMINGTON, IL 61702

MILITARY STAR
PO BOX 830031
BALTIMORE, MD 21283-0031

ALEJANDRO OLIVERAS
CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR 00739-0674

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936-4745

NORWEST BANK
PO BOX 231
PONCE, PR 00731

CINGULAR WIRELESS
PO BOX 15067
SAN JUAN, PR 00902-8567

POPULAR FINANCE
CALLE JOSE DE DIEGO #36
CIDRA, PR 00739

FIRST BANK - AUTOMOBILE LOANS
PO BOX 9146
SAN JUAN, PR 00908-0146

SM SERVICING
PO BOX 9500
WILKES BARRE, PA 18773

GROLIER
CALLE DEL PARQUE 6
SAN JUAN, PR 00910

US DEPARTMENT OF EDUCATION
501 BLEECKER ST.
UTICA, NY 13501

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369

USA FUNDS/SALLIE MAE SERVICING
PO BOX 6180
INDIANAPOLIS, IN 46206