IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

STEPHEN ANGEL LOPEZ SANTIAGO
CARMEN MILAGROS CRUZ RIOS

CASE NUMBER: 06-01547 MCF

CHAPTER 13

Debtor(s)

## TRUSTEE'S CERTIFICATION OF DISCHARGE

**TO THE HONORABLE COURT:**

**COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

1. Debtor(s) has/have completed all payments under the confirmed/approved plan.
**11 U.S.C. 1328(a) and LBR 3015-2(j)**
2. According to the record of the case, debtor(s) has/have domestic support obligation.
3. Debtor(s) has/have **NOT** certified that all amounts payable under the domestic support obligation(s) are current.
4. The trustee has not been able to determine if debtor(s) is/are current with domestic support obligation(s) and the debtor has not applied for a waiver under this statute.
**11 U.S.C. 1328(f) Prior Discharge**
5. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.
6. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

## 11 U.S.C. 1328(f)
### Instructional Course Requirement

7. Debtor(s) has/have filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

## 11 U.S.C. 1328(h)

8. Section 1328(h) is not applicable in the present case.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this September 27, 2011.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com

By: /s/ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

| 06-01547-MCF | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| AAFES MIL STAR EXCHANGE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | ADMINISTRACION PARA EL SUSTENTO DE MENORES<br>PO BOX 71316<br>SAN JUAN, PR 00936-8416 |
| AFNI<br>PO BOX 3427<br>BLOOMINGTON, IL 61702-3427 | AT&T MOBILITY PR<br>CINGULAR WIRELESS<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 |
| BANCO BILBAO VIZCAYA<br>C/O ENRIQUE NASSAR RIZEK<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 | BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| CLERK, U.S.BANKRUPTCY COURT<br>UNCLAIMED MONEY<br>, 00000 | DIRECT LOAN SERVICE CENTER<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 |
| EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA, PR 00739-0674 | FIRST BANK PUERTO RICO<br>PRESTAMOS DE AUTO<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| GROLIER<br>6 CALLE DEL PARQUE<br>SAN JUAN, PR 00910 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185 |
| NCO FINANCIAL SYSTEMS, INC<br>ATTN CLAIMS PROCESSING UNIT<br>1804 WASHINGTON BLVD, #500<br>BALTIMORE, MD 21230 | NORWEST BANK<br>PO BOX 231<br>PONCE PR 00731<br>, 00000 |
| PR ACQUISITIONS LLC<br>AMERICAN INTL BUILDING<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>SAN JUAN, PR 00918 | UNIVERSAL INSURANCE COMP<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 |

DATED: September 27, 2011

S/WALTER LUGO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 2   - CASE NO 06-01547-MCF

| 06-01547-MCF | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

US DEPARTMENT OF EDUCATION
PAYMENT CENTER
PO BOX 530260
ATLANTA, GA 30353-0260

USA FUNDS SALLIE MAE
PO BOX 6180
INDIANAPOLIS, IN 46206-6180

WALONICK CONSULT
PO 347
SAVAGE, MN 55378

STEPHEN ANGEL LOPEZ SANTIAGO and CARMEN MILAGROS CRUZ RIOS
APARTADO 79
CAYEY, PR 00737

R FIGUEROA CARRASQUILLO LAW OFFICE PSC*
PO BOX 193677
SAN JUAN, PR 00919-3677

DATED: September 27, 2011

S/WALTER LUGO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 2 of 2 - CASE NO 06-01547-MCF