# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

*In re:*

**STEPHEN ANGEL LOPEZ SANTIAGO**

**CARMEN MILAGROS CRUZ RIOS**

xxx–xx–7441
xxx–xx–8125

Debtor(s)

Case No. 06–01547–MCF13 MCF

Chapter 13

FILED & ENTERED ON
*9/28/11*

## *NOTICE OF INTENT TO CLOSE CHAPTER 13 BANKRUPTCY CASE WITHOUT DISCHARGE*

Upon the Trustee's certification to close the case without discharge (Docket # 31 ) the following certification(s) is/are missing:

- ☐ Pursuant to FR1007 (b) (7) certification of Financial Management course.

  Unless the debtor certifies that no personal financial management course is required because of: Incapacity or disablity, as defined in 11 USC §§109(h)(4); Active military duty in a military combat zone; or Residence in a district in which the United States trustee ( *or bankruptcy administrator* ) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

- ☒ Pursuant to PR–LBR 3015–2 (j) certification of Domestic Support Obligation.
- ☐ Pursuant to Section USC 1328 (f) (1) and or (2).
- ☐ Other

Please take notice that this bankruptcy case will be closed without entry of the discharge unless the above mentioned certification is/are file within fourteen (14) days of this notice no later than Wednesday, October 12, 2011 . Once closed, the debtor will be required to pay a re–opening fee in order to later file the required certificate and seek the issuance of a discharge order.

San Juan, Puerto Rico, **The 28th of September, 2011**.

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court

By: *EDUARDO BUJOSA BERMUDEZ*
Deputy Clerk